**DALE A. BLICKENSTAFF** - #40681
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, SUSAN LYNN BURY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-05-0435 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | C O N T I N U E   M O T I O N S |
| v. ) | SCHEDULE |
| ) | |
| SUSAN LYNN BURY, ) | Date       : March 27, 2006 |
| ) | Time       : 9:00 a.m. |
| Defendant. ) | Courtroom  : 3 |
| ) | |
| _____ ) | |

The parties hereby agree and stipulate as follows:

1.   To continue the due date for defense Motions, currently scheduled for February 27, 2006, to a new date of March 10, 2006;

2.   The due date for the government's Responses to Motions currently scheduled for March 20, 2006, remains the same; and

3.   The hearing date on Motions currently set for March 27, 2006, remains the same.

Dated:      February 21, 2006          /s/ Dale A. Blickenstaff
                                       DALE A. BLICKENSTAFF
                                       Attorney for Defendant, SUSAN LYNN BURY

Dated:      February 21, 2006          /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U. S. Attorney

---

**STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE**, Case No. CR-F-05-0435 OWW

## **ORDER**

IT IS HEREBY ORDERED that the new due date for defense Motions is March 10, 2006. The due date for the government's Responses to Motions remains the same (March 20, 2006); and the hearing date on Motions remains the same (March 27, 2006).

Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:   February 23, 2006**                           /s/ Oliver W. Wanger
emm0d6                                                                        UNITED STATES DISTRICT JUDGE