**DALE A. BLICKENSTAFF** - #40681
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, SUSAN LYNN BURY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00435 OWW |
| Plaintiff, ) | REQUEST FOR ORDER OF INSPECTION AND ORDER |
| v. ) | |
| SUSAN LYNN BURY, ) | |
| Defendant. ) | |
| _____ ) | |

### FACTS

On October 18, 2005, law enforcement officers seized evidence from Defendant's home, located at 32102 Tahoot Drive, North Fork, California. The evidence consisted mainly of marijuana - in various forms and implements associated with cultivation of marijuana.

The evidence described above is currently being held at the DEA Regional Laboratory in San Francisco.

### DEFENSE REQUEST

The Defendant, by and through her attorney, requests an Order of the Court to allow a defense expert to examine all the materials now being held at the DEA Regional Laboratory which is associated with the above described seizure.

Counsel for Defendant has been informed by a DEA agent associated with this matter that to allow opening of evidence bags which contain material seized in this matter, a Court Order would be

REQUEST FOR ORDER OF INSPECTION AND ORDER, Case No. 1:05-cr-00435 OWW

necessary. The defense expert needs to weight the material, thus requiring the evidence bags to be opened.

Dated:        March 23, 2006          /s/ Dale A. Blickenstaff
                                      DALE A. BLICKENSTAFF
                                      Attorney for Defendant, SUSAN LYNN BURY


Dated:        March 23, 2006          /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U. S. Attorney

## ORDER

IT IS HEREBY ORDERED that a defense expert be allowed to examine and weigh, if he deems it necessary, all evidence currently being held at the DEA Regional Laboratory in San Francisco, California and which is associated with the search and seizure at the address of 32102 Tahoot Drive, North Fork, California on October 18, 2005.

IT IS SO ORDERED.

**Dated:   March 23, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

**REQUEST FOR ORDER OF INSPECTION AND ORDER, Case No. 1:05-cr-00435 OWW**

**Page 2**