1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000



FILED

APR 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. 05-0435 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO PRODUCE EXHIBITS FOR |
| | ) | INSPECTION AND WEIGHING BY |
| v. | ) | DEFENSE EXPERT |
| | ) | |
| SUSAN BURY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED and DECREED that the Drug Enforcement Administration shall send DEA Drug Exhibits 600-610. registered U.S. mail, return receipt requested, to the DEA Fresno Resident Office.  The DEA Western Regional Laboratory shall arrange the delivery of said Exhibits on or before April 14, 2006, to DEA Special Agent Scott Kunkel for the purpose of allowing the above-named defendant's investigator, Chris Conrad, to inspect DEA Drug Exhibits 600-610 from DEA Case File No. R9-05-0011.

IT IS FURTHER ordered that, because Chris Conrad is not a DEA registrant, Agent Kunkel will open and weigh any exhibits, at the direction of Chris Conrad and in his presence.  Pursuant to DEA policy and regulations, Mr. Conrad will not be permitted to handle the exhibits.

All exhibits will be returned by Agent Kunkel to the DEA Western Regional Laboratory via registered U.S. mail, return receipt requested, within ten (10) business days of inspection. The inspection report generated by Mr. Conrad will be disclosed in accordance with Fed.R.Crim.P. 16.

SO ORDERED this  7th day of April, 2006.

OLIVER W. WANGER
U.S. District Court Judge