McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-0435 OWW |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| SUSAN LYNN BURY, | |
| Defendant. | |

Defendant SUSAN LYNN BURY, by and through her attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the May 2, 2006, hearing date in this matter and reset the filing of the government's response to defendant's suppression motion and hearing on the motion at the status conference set May 8, 2006, at 9:00 a.m.

2. The parties stipulate that the continuance is necessitated by the defendant's need to conduct further investigation and by the parties' desire to continue plea

1

negotiations.

    3.  The parties stipulate that time would be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the defense sufficient opportunity to investigate and the parties sufficient time to pursue plea negotiations.

DATED: April 17, 2006                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              By /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

DATED: April 17, 2006                    /s/Dale A. Blickenstaff
                                                DALE A. BLICKENSTAFF
                                               Attorney for Defendant
                                               MARVIN PROXMIRE

                   IT IS SO ORDERED.

**Dated:  April 19, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE