McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-0435 OWW |
| Plaintiff, | ) |
| v. | ) ORDER |
| SUSAN LYNN BURY, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the filing date of the government's response to the defendant's suppression motion in this matter,

IT IS THE ORDER of the Court that the current date for the filing of the government's response is hereby extended from May 26 to June 2.

DATED: May 31, 2006        _/s/ OLIVER W. WANGER_____
                            OLIVER W. WANGER
                            U.S. District Judge

1