1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, SUSAN LYNN BURY

6

7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
8
   * * *
9

10 | UNITED STATES OF AMERICA,        )   **Case No.  1:05-cr-0435 OWW**
                                      )
11 |                 Plaintiff,        )   **STIPULATION AND ORDER**
                                      )   **TO CONTINUE SENTENCING**
12 |          v.                       )   **HEARING**
                                      )
13 | SUSAN LYNN BURY,                  )   **Date         : January 16, 2007**
                                      )   **Time         : 9:00 a.m.**
14 |                 Defendant.        )   **Courtroom    :**
                                      )
15 | _____  )

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, that the date for the sentencing in the above-captioned matter be continued to January 16,

18 2007, from January 8, 2007.  The time and location of said sentencing shall remain the same.

19

20 Dated: January 3, 2007             /s/ Dale A. Blickenstaff
                                      DALE A. BLICKENSTAFF
21                                    Attorney for Defendant, SUSAN LYNN BURY

22
   Dated: January 3, 2007             /s/ Karen A.  Escobar
23                                    KAREN A. ESCOBAR
                                      Assistant U. S. Attorney
24

25

26

27

28
   **STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-0435 OWW**

1 **ORDER**

2    IT IS SO ORDERED.

3 **Dated:   January 5, 2007**            /s/ Oliver W. Wanger
4 emm0d6                         UNITED STATES DISTRICT JUDGE