1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, SUSAN LYNN BURY

6

7                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
8
                                    * * *
9

10 UNITED STATES OF AMERICA,        )      **Case No.  1:05-cr-0435 OWW**
                                    )
11             Plaintiff,           )      **STIPULATION AND ORDER**
                                    )      **TO CONTINUE SENTENCING**
12     v.                           )      **HEARING**
                                    )
13 SUSAN LYNN BURY,                 )      **Date        : January 22, 2007**
                                    )      **Time        : 1:30 p.m.**
14             Defendant.           )      **Courtroom    :**
                                    )
15 _____ )

16         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, that the date for the sentencing in the above-captioned matter be continued to January 22,

18 2007, from January 16, 2007.  The time and location of said sentencing shall remain the same.

19

20 Dated: January 12, 2007           /s/ Dale A. Blickenstaff
                                     DALE A. BLICKENSTAFF
21                                   Attorney for Defendant, SUSAN LYNN BURY

22
   Dated: January 12, 2007           /s/ Karen A.  Escobar
23                                   KAREN A. ESCOBAR
                                     Assistant U. S. Attorney
24

25

26

27

28
   _____
          **STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-0435 OWW**

1

## ORDER

2

IT IS SO ORDERED.

3

**Dated:    January 17, 2007**           **/s/ Oliver W. Wanger**

4 emm0d6                           UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-0435 OWW**