```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Federal Building
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-cr-0435 OWW |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE RE PERSONAL PROPERTY OF SUSAN LYNN BURY and JENNIFER LEA BARNES |
| v. | |
| SUSAN LYNN BURY, and JENNIFER LEA BARNES, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Susan Lynn Bury and Jennifer Lea Barnes, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

**Susan Lynn Bury:**

1. Pursuant to 21 U.S.C. § 853, defendant Susan Lynn Bury's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

///

///

///

1

        (a)   A sub *res* in the amount of $82,614.17[1] in lieu of the real property located at 56299 Road 200 and 32102 Tahoot Drive, North Fork, California, APN: 060-081-003.

2.  The sub *res* shall be paid prior to the imposition of sentence. If the sub *res* of $82,614.17 is not paid prior to the imposition of sentence, then defendant Susan Lynn Bury forfeits all of her right, title, and interest in the real property located at 56299 Road 200 and 32102 Tahoot Drive, North Fork, California, APN: 060-081-003.

3.  Defendant Susan Lynn Bury shall instruct the Escrow/Title Officer handling the refinance to deposit $82,614.17 from the refinance of the above-referenced real property made payable to the U.S. Marshals Service and forwarded to the following address: U.S. Attorney's Office, Att: Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Said funds shall be held by the U.S. Marshals Service, in an interest bearing account pending further order of the court.

4.  The above-listed real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841.

**Jennifer Lea Barnes:**

5.  Pursuant to 21 U.S.C. § 853, defendant Jennifer Lea Barnes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

---

[1] The plea agreement states that defendant Susan Lynn Bury agrees to forfeit a sub *res* in the amount of $90,000.00. The Government has subsequently agreed to a sub *res* in the amount of $82,614.17 in lieu of the real property located at 56299 Road 200 and 32102 Tahoot Drive, North Fork, California, APN: 060-081-003.

        (a)    A sub *res* in the amount of $40,000.00 in lieu of the real property located at 815 N. Lafayette, Fresno, California, APN: 449-123-05.

6.   The sub *res* shall be paid prior to the imposition of sentence. If the sub *res* of $40,000.00 is not paid prior to imposition of sentence, then defendant Jennifer Lea Barnes forfeits all of her right, title and interest in the real property located at 815 N. Lafayette, Fresno, California, APN: 449-123-05.

7.   Defendant Jennifer Lea Barnes shall instruct the Escrow/Title Officer handling the refinance to deposit $40,000.00 from the refinance of the above-referenced real property made payable to the U.S. Marshals Service and forwarded to the following address: U.S. Attorney's Office, Att: Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Said funds shall be held by the U.S. Marshals Service, in an interest bearing account pending further order of the court.

8.   The above-listed real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 841.

9.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed properties. The aforementioned properties shall be seized and held by the United States Marshals Service, in its secure custody and control.

10.  a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Fresno Business Journal</u> (Fresno County) and the <u>Madera Daily Tribune</u> (Madera County), newspapers of general circulation located in the county in which the above-listed real properties are located, notice of this Order, notice of the Attorney

3

1  General's and/or Secretary of Treasury's (or a designee's) intent to
2  dispose of the properties in such manner as the Attorney General
3  and/or the Secretary of Treasury may direct, and notice that any
4  person, other than the defendants, having or claiming a legal
5  interest in the above-listed properties must file a petition with
6  the Court within thirty (30) days of the final publication of the
7  notice or of receipt of actual notice, whichever is earlier.
8          b.  This notice shall state that the petition shall be for
9  a hearing to adjudicate the validity of the petitioner's alleged
10 interest in the property, shall be signed by the petitioner under
11 penalty of perjury, and shall set forth the nature and extent of the
12 petitioner's right, title or interest in the property and any
13 additional facts supporting the petitioner's claim and the relief
14 sought.
15         c.  The United States may also, to the extent practicable,
16 provide direct written notice to any person known to have alleged an
17 interest in the properties that are the subject of the Order of
18 Forfeiture, as a substitute for published notice as to those persons
19 so notified.
20     11. If a petition is timely filed, upon adjudication of all
21 third-party interests, if any, this Court will enter a Final Order
22 of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests
23 will be addressed.
24     SO ORDERED this <u>26th</u> day of <u>January</u>, 2006.
25
26                              /s/ Oliver W. Wanger
                                   OLIVER W. WANGER
27                              United States District Judge
28

4