McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Federal Building
2500 Tulare Street, Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0435 OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN LYNN BURY, and | ) | |
| JENNIFER LEA BARNES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   WHEREAS, on January 30, 2007, this Court entered a Preliminary Order of Forfeiture Re Personal Property of Susan Lynn Bury and Jennifer Lea Barnes pursuant to the provisions of 21 U.S.C. § 853 based upon the plea agreements entered into between plaintiff and defendants Susan Lynn Bury and Jennifer Lea Barnes forfeiting to the United States the following properties:

   a.   A sub *res* in the amount of $82,614.17[1] in lieu of the real property located at 56299 Road 200 and 32102 Tahoot Drive, North Fork, California,

---

[1] The plea agreement states that defendant Susan Lynn Bury agrees to forfeit a sub *res* in the amount of $90,000.00. The Government has subsequently agreed to a sub *res* in the amount of $82,614.17 in lieu of the real property located at 56299 Road 200 and 32102 Tahoot Drive, North Fork, California, APN: 060-081-003.

1

      APN: 060-081-003;

   b. A sub *res* in the amount of $40,000.00 in lieu of the real property located at 815 N. Lafayette, Fresno, California, APN: 449-123-05.

  AND WHEREAS, on February 21, 28, and March 7, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in <u>The Business Journal</u> (Fresno County) and in the <u>Madera Daily Tribune</u> (Madera County), newspapers of general circulation located in the counties in which the subject real properties are located. Said published notices advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject properties, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed properties pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendants Susan Lynn Bury and Jennifer Lea Barnes.

  2. All right, title, and interest in the above-listed properties shall vest solely in the United States of America.

///
///
///
///

3.  The United States Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

SO ORDERED THIS 24th day of <u>April</u>, 2007.

/s/ Oliver W. Wanger
_____
OLIVER W. WANGER
United States District Judge